**Dismissed and Opinion Filed November 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01398-CV**

**IN RE JAIME COVARRUBIAS, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F99-32080-QV**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

In this original proceeding, relator seeks a writ of mandamus asking the Court to "exercise its authority over head District Attorney Faith Johnson." This Court does not have jurisdiction to issue a writ of mandamus against a district attorney unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE § 22.221(b) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Meyer*, 482 S.W.3d 706, 709 (Tex. App.—Texarkana 2016, orig. proceeding) (case law is clear that courts of appeals do not have jurisdiction to issue writ of mandamus against district attorney).

Relator has no appeal pending in this Court and, therefore, our jurisdiction is not in jeopardy. Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.

181398F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE